1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Christopher Melingonis, Individually and on behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br>v.<br><br>Rapid Capital Funding L.L.C., and Merchant Worthy, Inc.<br><br>          Defendants. | Case No.: 3:16-cv-0490-WQH-KSC<br><br>**CLASS ACTION**<br><br>ORDER |
|---|---|

13
14
15
16
17
18
19
20
21
22
23
24  ///
25  ///
26  ///
27  ///
28  ///

IT IS HEREBY ORDERED that, pursuant to the Stipulation of the parties to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiff Christopher Melingonis, and without prejudice to the putative class alleged in the Complaint. Each party shall bear its own costs and attorneys' fees.

Dated: November 16, 2017

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court